# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRONIC TACOS ENTERPRISES, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRONIC TACOS HUNTINGTON BEACH, INC., a California corporation; ROB SLEENHOFF, an individual; LOES SLEENHOFF, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **CASE NO. SACV10-01414 DOC (RNBx)**<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING OF PLAINTIFF AND COUNTERDEFENDANT CHRONIC TACOS ENTERPRISES, INC.'S MOTION TO DISMISS AMENDED COUNTERCLAIM PURSUANT TO F.R.C.P. 12(b)(6)** |

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

ORDER ON STIPULATION TO CONTINUE HEARING DATE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

GOOD CAUSE APPEARING TO THE SATISFACTION OF THE COURT:

1. The requested continuance of the hearing date of Plaintiff and Counterdefendant CHRONIC TACOS ENTERPRISES, INC.'s Motion to Dismiss Amended Counterclaim Pursuant to F.R.C.P. 12(b)(6) is granted.

2. The new hearing date for Plaintiff and Counterdefendant CHRONIC TACOS ENTERPRISES, INC.'s Motion to Dismiss Amended Counterclaim Pursuant to F.R.C.P. 12(b)(6) is February 7, 2011, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: December 8, 2010

*David O. Carter*
The Honorable David O. Carter, United States District Court Judge