**MULCAHY LLP**
James M. Mulcahy (SBN 213547)
*jmulcahy@mulcahyllp.com*
Sherry S. Hamilton (SBN 262092)
*shamilton@mulcahyllp.com*
Kevin A. Adams (SBN 239171)
*kadams@mulcahyllp.com*
One Park Plaza, Suite 225
Irvine, California 92614
Telephone: (949) 252-9377
Facsimile: (949) 252-0090

Attorneys for Counterdefendants
DAN BIELLO and RANDALL WYNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRONIC TACOS ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRONIC TACOS HUNTINGTON BEACH, INC., a California corporation; ROB SLEENHOFF, an individual; LOES SLEENHOFF, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV10-01414 DOC (RNBx)<br><br>**COUNTERDEFENDANTS DAN BIELLO AND RANDALL WYNER'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIM PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>HEARING ON MOTION TO DISMISS:<br>Date: February 7, 2011<br>Time: 8:30 a.m.<br>Dept.: 9D<br><br>[Memorandum of Points and Authorities filed concurrently herewith]<br><br>*Assigned to the Hon. David O. Carter* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that on February 7, 2011 at 8:30 a.m. or as soon thereafter as the matter can be heard in Department 9D of the United States District Court for the Central District of California, which is located at 411 West Fourth Street, Santa Ana, California, Counterdefendant DAN BIELLO will, and hereby does, move this Court for an order dismissing the first, second, third, fourth and fifth causes of action in the Amended Counterclaim filed by Counterclaimants CHRONIC TACOS HUNTINGTON BEACH, INC., CHRONIC TACOS CORONA DEL MAR, INC., ROB SLEENHOF and LOES SLEENHOF and Counterdefendant RANDALL WYNER will, and hereby does, move this Court for an order dismissing the first, second, fourth and fifth causes of action asserted in the Amended Counterclaim filed by Counterclaimants CHRONIC TACOS HUNTINGTON BEACH, INC., ROB SLEENHOF and LOES SLEENHOF.

This Motion to dismiss is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that the purported claims in the first, second, third, fourth, and fifth causes of action in the Amended Counterclaim fail to state a claim upon which relief can be granted.

This Motion is based upon this Notice and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the complete files and records in this action, and such other argument and evidence as may be presented at or before the hearing of this matter.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 19, 2010.

DATED: December 17, 2010                **MULCAHY LLP**

By:  /s/ James M. Mulcahy
James M. Mulcahy
Sherry S. Hamilton
Attorneys for Counterdefendants DAN BIELLO
And RANDALL WYNER