```
 1  MULCAHY LLP
    James M. Mulcahy (SBN 213547)
 2  jmulcahy@mulcahyllp.com
 3  Kevin A. Adams (SBN 239171)
    kadams@mulcahyllp.com
 4  Four Park Plaza, Suite 1230
 5  Irvine, California 92614
    Telephone: (949) 252-9377
 6  Facsimile: (949) 252-0090
 7
 8  Attorneys for Plaintiff and Counterdefendant CHRONIC
    TACOS ENTERPRISES, INC. and Counterdefendants
 9  DAN BIELLO AND RANDALL WYNER
10
```

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRONIC TACOS ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRONIC TACOS HUNTINGTON BEACH, INC., a California corporation; ROB SLEENHOFF, an individual; LOES SLEENHOFF, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV10-01414 DOC (RNBx)<br><br>*Hon. David O. Carter*<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>[Filed Concurrently with Stipulation of Dismissal]<br><br>[Fed. R. Civ. P. 41(a)(1)(ii) & 41(c)] |

| | |
|---|---|
| 1 | CHRONIC TACOS HUNTINGTON BEACH, INC., a California corporation; ROB SLEENHOFF, an individual; and LOES SLEENHOFF, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterclaimants, |
| 6 | v. |
| 7 | CHRONIC TACOS ENTERPRISES, INC., a California corporation; DAN BIELLO, an individual; RANDALL WYNER, an individual; and ROES 1-20, inclusive, |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Counterdefendants. |

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

Having read and considered the parties' Joint Stipulation For Dismissal With Prejudice,

IT IS HEREBY ORDERED THAT the above-entitled action, including all Claims and Counterclaims, is DISMISSED WITH PREJUDICE. Each party will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 2-2-12

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

Dated: February 2, 2012           MULCAHY LLP

                                  By: _____
                                  James M. Mulcahy
                                  Kevin A. Adams
                                  Attorneys for Plaintiff and Counterdefendant
                                  CHRONIC TACOS ENTERPRISES, INC., and
                                  Counterdefendants DAN BIELLO
                                  and RANDALL WYNER

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL